# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff-Respondent, <br><br> v. <br><br> JORGE LUIS BERAZAS-BARRON, <br><br> Defendant-Petitioner. | CASE NO. 1:12-CR-00443-LJO-SKO <br><br> ORDER REFERRING CASE TO FEDERAL DEFENDER'S OFFICE <br><br> ECF No. 32 |

On November 7, 2016, Defendant-Petitioner Jose Luis Berazas-Barron ("Defendant") filed a *pro se* motion to reduce his sentence pursuant to Title 18, United States Code, Section 3582(c)(2) ("§ 3582") and Amendment 782. ECF No. 32. The next day, the United States filed an opposition to that motion. ECF No. 33. By Minute Order, the Court then set a deadline for Defendant to file a reply. ECF No. 36.

However, upon subsequent review of the docket, it is apparent that the Court inadvertently failed to refer this matter to the Federal Defender's Office ("FDO") pursuant to Eastern District of California General Order 546. Accordingly, the Court now appoints the FDO to represent Defendant this matter. From the filing date of this order, the FDO **SHALL** have **30 days (on or before June 26, 2017)** to notify the Court whether it intends to file a supplement to Defendant's § 3582 motion, or, whether it does not intend to file a supplement. The Clerk of Court is **DIRECTED to add the FDO's Panel Administrator, Connie Garcia (Connie_Garcia@fd.org), to the service list** prior to docketing of this Order.

IT IS SO ORDERED.

Dated: **May 25, 2017**                    /s/ Lawrence J. O'Neill
                                   UNITED STATES CHIEF DISTRICT JUDGE