# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JORGE LUIS BERAZAS-BARRON,<br><br>Defendant. | 1:12-cr-00443-LJO-SKO-1<br><br>**ORDER REFERRING TO FEDERAL DEFENDER'S OFFICE AND SETTING BRIEFING SCHEDULE**<br>(ECF No. 41) |

On March 11, 2019, Defendant Jorge Luis Berazas-Barron filed a *pro se* motion for reduction of sentence pursuant to the First Step Act, P.L. 115-391. To efficiently process petitions under the First Step Act, the Court hereby appoints the Federal Defender's Office ("FDO") to represent Defendant in this matter. Accordingly,

**IT IS HEREBY ORDERED** that the FDO shall have until **April 24, 2019** to file a motion related to Defendant's *pro se* request **or** notify the Court that it does not intend to file such a motion. From the date of the FDO's filing, the Government shall have **60 days** to file a response to Defendant's motion. From the date of the Government's filing, the FDO shall have **60 days** to file a reply. The Clerk of Court is **DIRECTED to serve the FDO** with a copy of this Order.

IT IS SO ORDERED.

Dated: **March 13, 2019**          /s/ Lawrence J. O'Neill
                                    UNITED STATES CHIEF DISTRICT JUDGE

1