# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 1:12-cr-00443-LJO-SKO-1 |
| Plaintiff, | ORDER CLARIFYING DEADLINE FOR REPLY RE FIRST STEP ACT MOTION |
| v. | |
| JORGE LUIS BERAZAS-BARRON, | (ECF No. 41) |
| Defendant. | |

On March 11, 2019, Defendant Jorge Luis Berazas-Barron filed a *pro se* motion for reduction of sentence pursuant to the First Step Act, P.L. 115-391. (Doc. No. 41.) The matter was referred to the Office of the Federal Public Defender to give that office an opportunity to review the file. (Doc. No. 42.) On May 3, 2019, the Federal Defender's Office formally withdrew as counsel. (Doc. No. 44.) On July 15, 2019, the United States filed an opposition. (Doc. No. 45.) Although the operative scheduling order set a deadline for the filing of a reply that has expired, that order did not clearly indicate that defendant may file a reply *pro se*. (*See* Doc. No. 42.) Accordingly, in an abundance of caution, the court clarifies the schedule to formally permit defendant to file a reply to his motion *pro se*. Any such reply must be filed on or before March 20, 2020.

IT IS SO ORDERED.

Dated: **February 13, 2020**　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1